COLLOTON, Circuit Judge,
respecting denial of rehearing en banc.
C&S Wholesale Grocers, Inc., filed a petition for rehearing that disputes conclusions of my separate opinion concurring in the judgment in part. C&S contends, in essence, that I should have dissented from the entire judgment. C&S recognizes, however, that its arguments “become germane” only if the full court rejects the view of the panel majority that the wholesalers’ assignments extinguished their ability to compel arbitration. I would be happy to consider any “germane” contention by C&S that the partial concurring opinion was mistaken, but because the court denies the petitions for rehearing aimed at reconsidering the decision of the panel majority, further consideration of C&S’s contentions is unnecessary at this time.